## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Ana Mercedes Berrios Zayas, et al.
   Plaintiffs
           v.
National Butane Gas & Manufacturing, Inc., et al.
   Defendants

CASE NUMBER: 96-2237 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 6/1/01  **Docket #**56, 57<br>[x] **Plffs**  [ ] **Defts** [ ] **Other**<br>**Title:** Motion Requesting Disbursement of Funds Deposited | The motion requesting disbursement of funds is hereby **granted**.<br>  Accordingly, the Clerk of the Court is hereby **ordered** to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>  NAME OF PAYEE                          AMOUNT<br>  Joel Ernesto Vega Berrios              $45,000<br><br>  The Check shall be mailed to plaintiff's attorney of record. |

                                        by: [signature]
                                        HECTOR M. LAFFITTE
Date                                    U.S. District Judge

certified copy
to Ivania w/ret.  8/16/01 ji

