| | |
|---|---|
| Ana Mercedes Berrios Zayas, et al. Plaintiff(s), <br><br> v. <br><br> National Butane Gas & Manufacturing, Inc., White River Distributors, Inc. Defendant(s). | Civil No. 96-2237 (HL) <br><br> PLAINTIFF(S) DEMAND(S) TRIAL BY JURY |

## MOTION REQUESTING WITHDRAWAL OF FUNDS

TO THE HONORABLE COURT:

COME NOW co-plaintiff Jonathan Vega Berrios through the undersigned attorney and respectfully states and request as follows:

I.

The instant case was settled on December 28, 1998. After the settlement was approved by this Honorable Court, as it pertained to co-plaintiff Jonathan Vega Berrios who at the time of the settlement was a minor, co-defendant White River Manufacturing, Inc. deposited in the Registry of this Court $45,000 for the benefit of Jonathan Vega Berrios.

II.

On November 27, 2004 Jonathan Vega Berrios became 21 years old, that is of legal age. Attached hereto as exhibit I is a certified copy of his birth certificate.

Wherefore, it is respectfully requested that an Order be entered directing the Clerk of the court to issue a check payable to Jonathan Vega Berrios in the amount of $45,000, plus accrued interest.

In San Juan, Puerto Rico, this January 28, 2005.

s/Jorge Miguel Suro Ballester
JORGE MIGUEL SURO BALLESTER
Attorney for Plaintiffs
USDC-PR 121713
PH -2, 1225 PONCE DE LEON AVE.
SAN JUAN, P.R. 00907-3921
TELS: 724-5522/5542; FAX: 722-7711
Email: jmsb@prtc.net