# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

### DEPARTMENTO DE SALUD
### (DEPARTMENT OF HEALTH)
### REGISTRO DEMOGRAFICO
### (DEMOGRAPHIC REGISTRY)
### CERTIFICACION DE NACIMIENTO
### (CERTIFICATION OF BIRTH)

NUMERO: D563132

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1983-06215-062321-044028-04155240

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
JONATHAN VEGA BERRIOS

DOMICILIO (DWELLING HOUSE)
BAYAMON, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)     FECHA INSCRIPCION (REGISTRATION DATE)
27 NOV 1983                      13 DIC 1983

LUGAR NACIMIENTO (BIRTHPLACE)                SEXO (SEX)
SAN JUAN, PUERTO RICO                        M

NOMBRE DEL PADRE (FATHER'S NAME)             EDAD (AGE)
ERNESTO VEGA                                 23

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
NEW YORK, ESTADOS UNIDOS

NOMBRE DE LA MADRE (MOTHER'S NAME)           EDAD (AGE)
ANA MERCEDES BERRIOS                         19

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
BARRANQUITAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
05 NOV 2004

************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Estado Libre Asociado de Puerto Rico
Departamento de Salud

ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.

WARNING: Any alteration or erasure voids this certification.