# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Ana Mercedes Berrios Zayas, et al.
          v.
National Butane & Gas Manufacturing, Inc., et al.

**CASE NUMBER:** 96-2237 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1/28/2005<br>**Docket:** 61<br>[X] **Plffs**  [ ] **Defts**<br>**Title:** Motion Requesting Withdrawal of Funds | Before the Court is a motion for withdrawal of funds brought by plaintiff Jonathan Vega Berrios, requesting a disbursement in the amount of $45,000.00. Plaintiff Jonathan Vega Berrios having reached legal age, the Court hereby **GRANTS** this motion.<br><br>The Clerk of the Court is ordered to draw a check in the principal amount of $45.000.00, plus all accrued interest less administrative fees to be deducted pursuant to Local Rule 67 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEE                        AMOUNT<br>Jonathan Vega Berrios                   $45,000.00<br><br>The check shall be mailed to:<br><br>Jorge Miguel Suro Ballester<br>PH-2, 1225 Ponce De Leon Ave.<br>San Juan, P.R. 00907-3921 |

**Date**: February 1, 2005

**S/ HECTOR M. LAFFITTE**
**United States District Judge**