IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana Mercedes Berrios Zayas, et al.<br>Plaintiff(s),<br><br>v.<br><br>National Butane Gas & Manufacturing, Inc., White River Distributors, Inc.<br>Defendant(s). | Civil No. 96-2237 (HL)<br><br>PLAINTIFF(S) DEMAND(S) TRIAL BY JURY |

MOTION REQUESTING WITHDRAWAL OF FUNDS

TO THE HONORABLE COURT:

**COME NOW** co-plaintiff Joane Vega Berrios through the undersigned attorney and respectfully states and request as follows:

I.

The instant case was settled on December 28, 1998. After the settlement was approved by this Honorable Court, as it pertained to co-plaintiff Joane Vega Berrios who at the time of the settlement was a minor, co-defendant White River Manufacturing, Inc. deposited in the Registry of this Court $45,000 for the benefit of Joane Vega Berrios.

II.

On June 25, 2006 Jonathan Vega Berrios became 21 years old, that is of legal age. Attached hereto as exhibit I is a certified copy of his birth certificate.

Wherefore, it is respectfully requested that an Order be entered directing the Clerk of the court to issue a check payable to Jonathan Vega Berrios in the amount of $45,000, plus accrued interest.

In San Juan, Puerto Rico, this 8th of August, 2006.

s/Jorge Miguel Suro Ballester
JORGE MIGUEL SURO BALLESTER
Attorney for Plaintiffs
USDC-PR 121713
PH-2, 1225 PONCE DE LEON AVE.
SAN JUAN, P.R. 00907-3921
TELS: 724-5522/5542; FAX: 722-7711
Email: jmsb@prtc.net