IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ana Mercedes Berrios Zayas, et al.<br>Plaintiff(s),<br><br>v.<br><br>National Butane Gas & Manufacturing, Inc.,<br>White River Distributors, Inc.<br>Defendant(s). | Civil No. 96-2237 (HL)<br><br>PLAINTIFF(S) DEMAND(S)<br>TRIAL BY JURY |

MOTION TO AMEND
MOTION REQUESTING WITHDRAWAL OF FUNDS (D.E 63)

TO THE HONORABLE COURT:

**COME NOW** co-plaintiff Joane Vega Berrios through the undersigned attorney and respectfully states and request as follows:

I.

On August 8, 2006 coplaintiff Joane Vega Berrios filed a Motion Requesting Withdrawal of Funds (D.E. 63). By inadvertence it was requested that the check in payment of her share of the settlement plus accrued interest be issued to her brother Jonathan Vega Berrios instead of to coplaintiff Joane Vega Berrios. Consequently, it is requested that the check be issued to Joane Vega Berrios.

In San Juan, Puerto Rico, this 23th day of October, 2006.

s/Jorge Miguel Suro Ballester
**JORGE MIGUEL SURO BALLESTER**
Attorney for Plaintiffs
USDC-PR 121713
PH -2, 1225 PONCE DE LEON AVE.
SAN JUAN, P.R. 00907-3921
TELS: 724-5522/5542; FAX: 722-7711
Email: jmsb@prtc.net